# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JONATHAN DEVEN SMITH, | Case No. 19-CV-1227 (PJS/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| RAMSEY COUNTY JAIL and SHERBURNE COUNTY JAIL, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

**SO ORDERED.**

Dated: August 19, 2019  *s/Patrick J. Schiltz*
Patrick J. Schiltz
U.S. District Judge